**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| CHARLIE WARREN WILLIAMS, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV426-255 |
| | ) | |
| LEE CARTER, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Charlie Warren Williams, Jr. has filed what appears to be a 28 U.S.C. § 2254 Petition challenging 2012 and 2024 convictions in Newton County, Georgia. *See* doc. 1 at 1. He has also moved to proceed *in forma pauperis*. Doc. 2. As explained below, this Court is not the proper venue for his Petition. The Court will, therefore, transfer it. The transferee court will determine whether Williams may proceed *in forma pauperis*.

Federal law allows § 2254 petitions to be filed in the district within which the petitioner was convicted or in the district within which he is confined. 28 U.S.C. § 2241(d); *Wright v. Indiana*, 263 F. App'x 794, 795

(11th Cir. 2008). Williams's Petition indicates that he is incarcerated at Rogers State Prison. Doc. 1 at 1. It further reveals that he was convicted in Newton County, Georgia. *Id.* Thus, this Court has jurisdiction over the petition. Nevertheless, it is a longstanding judicial policy and practice to funnel such petitions into the district within which the state prisoner was convicted, since that will be the most convenient forum. *Eagle v. Linahan,* 279 F.3d 926, 933 n. 9 (11th Cir. 2001); *see also Mitchell v. Henderson*, 432 F.2d 435, 436 (5th Cir. 1970); *Wright*, 263 F. App'x at 795. That practice also fosters an equitable distribution of habeas cases between the districts. Newton County lies in the Northern District of Georgia. *See* 28 U.S.C. § 90(a)(2). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Northern District of Georgia for all further proceedings. *See* 28 U.S.C. § 1404(a) (permitting a district court to transfer any civil action to another district or division where it may have been brought for the convenience of parties

and witnesses and in the interest of justice); *Rufus v. Kemp*, 2013 WL 2659983 at * 1 (S.D. Ga. June 12, 2013).

**SO ORDERED,** this 23rd day of September, 2026.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia